**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Mark Ward,

      Plaintiff,

 -against-

Innosub USA, et al.,

      Defendants.

1:19-cv-11100 (LAK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference with the Plaintiff held today, and for the reasons stated on the record, it is ORDERED that:

1. Plaintiff's time to serve Defendants Kissmax Design Company Limited, Clipartmax, Matt Hee, Nguyen Thi Thu Hang and Teehelen is extended until June 1, 2020, pursuant to Federal Rule of Civil Procedure 4(m);

2. In the event that counsel for Defendants Innosub USA, Vincent Palomo, Bomba Cases and/or Casematic have not appeared in this action by Friday, April 3, 2020, no later than Monday, April 6, 2020, Plaintiff shall seek a Clerk's Certificate of Default from the Clerk of the Court pursuant to Local Civil Rule 55.1 as against those Defendants that were served prior to the date of this Order and have not appeared by April 3, 2020; and

3. Plaintiff shall serve this Order upon Defendants Innosub USA, Vincent Palomo, Bomba Cases and Casematic or their counsel no later than Wednesday, March 11, 2020.

**SO ORDERED.**

DATED: New York, New York
March 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge