UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Ward,

                      Plaintiff,

-against-

Innosub USA, et al.,

                      Defendants.

1:19-cv-11100 (LAK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      WHEREAS, on March 4, 2020, the Court entered an Order providing, in part, that if Defendants Innosub USA, Vincent Palomo, Bomba Cases and/or Casematic (which all had been previously served) have not appeared in this action by Friday, April 3, 2020, then no later than Monday, April 6, 2020, Plaintiff shall seek a Clerk's Certificate of Default from the Clerk of the Court pursuant to Local Civil Rule 55.1 as against those Defendants (ECF No. 13); and

      WHEREAS, none of the aforementioned Defendants has appeared to date, and Plaintiff has not sought certificates of default against them; and

      WHEREAS, the Court is cognizant of the impact that the national health emergency is having on attorneys practicing before it, and therefore has determined *sua sponte* to extend certain of the deadlines contained in my prior Order.

      NOW, THEREFORE, it is hereby ORDERED that, if any of Defendants Innosub USA, Vincent Palomo, Bomba Cases and/or Casematic has not appeared in this action by Monday, May 4, 2020, then Plaintiff, no later than Friday, May 8, 2020, shall seek a Clerk's Certificate of Default from the Clerk of the Court pursuant to Local Civil Rule 55.1 as against any such Defendant that has not appeared.

Plaintiff shall serve this Order by first-class mail upon Defendants Innosub USA, Vincent Palomo, Bomba Cases and Casematic (or their counsel) no later than Friday, April 17, 2020.

**SO ORDERED.**

DATED:    New York, New York
          April 13, 2020

_____
STEWART D. AARON
United States Magistrate Judge