UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Ward,

                      Plaintiff,

-against-

Innosub USA, et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

1:19-cv-11100 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the Plaintiff held today, and for the reasons stated on the record, it is ORDERED that no later than May 28, 2020, Plaintiff shall file a letter setting forth the status of proceedings with respect to each defendant, namely, the status of service, settlement discussions, and/or default. If Plaintiff decides to do so, Plaintiff shall concurrently with his status letter, file a motion, properly supported with a memorandum of law and declaration or affidavit, seeking permission to serve certain defendants by email.

**SO ORDERED.**

DATED:    New York, New York
             May 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge