**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Mark Ward,**<br><br>                         **Plaintiff,**<br><br>    -against-<br><br>**Innosub USA, et al.,**<br><br>                         **Defendants.** | **1:19-cv-11100 (LAK) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

    No later than August 11, 2020, Plaintiff shall file corrected proposed Clerk's Certificates of Default per the Clerk of Court's directives (*see* Filing Errors, ECF Nos. 19, 23, 24, 28, 30). Plaintiff (and any other party that has appeared) shall attend via Telephone for a conference in the above-captioned matter on Friday, August 14, 2020, at 11:00 a.m. EST, by calling 888-278-0296, passcode 6489745. During the conference, the Court shall address the status of the action. **SO ORDERED.**

DATED:    New York, New York
               August 4, 2020

                                                                         */s/ Stewart D. Aaron*
                                                                      STEWART D. AARON
                                                                      United States Magistrate Judge