```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Ward,

                Plaintiff,

-against-

Innosub USA, et al.,

                Defendants.

1:19-cv-11100 (LAK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, during which only Plaintiff appeared, it is hereby Ordered as follows:

1. No later than August 28, 2020, Plaintiff shall seek a Clerk's Certificate of Default as to Defendant Kissmax Design Company Limited d/b/a Clipartmax.

2. With respect to the remaining Defendants, including Matt Hee and Nguyen Thi Thu Hang, Plaintiff shall, no later than August 28, 2020, either make a further showing as to why service by email should be permitted (*see* Order, ECF No. 22) or shall file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. No later than September 30, 2020, Plaintiff shall file a motion for default judgment as to all Defendants for which Plaintiff has obtained Certificates of Default.

**SO ORDERED.**

DATED:    New York, New York
              August 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge