

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Mark Ward,

                        Plaintiff,

-against-

Innosub USA, et al.,

                        Defendants.

1:19-cv-11100 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff has failed to comply with the Court's August 14, 2020 Order. (*See* ECF No. 45.) It is hereby Ordered as follows:

1. No later than October 15, 2020, Plaintiff shall seek a Clerk's Certificate of Default as to Defendant Kissmax Design Company Limited d/b/a Clipartmax.

2. With respect to the remaining Defendants, including Matt Hee and Nguyen Thi Thu Hang, Plaintiff shall, no later than October 15, 2020, either make a further showing as to why service by email should be permitted (*see* Order, ECF No. 22) or shall file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. No later than November 16, 2020, Plaintiff shall file a motion for default judgment as to all Defendants for which Plaintiff has obtained Certificates of Default.

Plaintiff is warned that failure to comply with this second Order may result in the imposition of sanctions, up to an including a recommendation that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

DATED:       New York, New York
             September 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge