```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Ward,

                Plaintiff,

    -against-

Innosub USA, et al.,

                Defendants.

1:19-cv-11100 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    IT IS HEREBY ORDERED THAT Plaintiff shall file any motion for default judgment as to Defendant Kissmax Design Company Limited d/b/a Clipartmax no later than December 15, 2020.

**SO ORDERED.**

DATED:    New York, New York
                December 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge