```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Mark Ward,

                Plaintiff,

    -against-

Innosub USA, et al.,

                Defendants.

1:19-cv-11100 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    IT IS HEREBY ORDERED as follows:

1. No later than December 31, 2020, Plaintiff shall serve on Defendant Kissmax Design Company Limited d/b/a Clipartmax ("Kissmax") a copy of Plaintiff's Motion for Default Judgment as to Kissmax and papers in support thereof (ECF Nos. 61-63), along with a copy of this Order, in the manner prescribed by my June 7, 2020 Order (ECF No. 22).

2. No later than January 5, 2021, Plaintiff shall file proof of such service.

3. No later than January 29, 2021, Kissmax shall file any response.

**SO ORDERED.**

DATED:    New York, New York
                December 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge