UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 3/31/2021
```

------------------------------------x

MARK WARD,

                      Plaintiff,

       -against-                                           19-cv-11100 (LAK)

INNOSUB USA, et al.,

                      Defendants.

------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       1.      Plaintiff's motions for default judgment against John Doe Corp. 3 d/b/a Teehelen (DI 48), Vincent Palomo and John Doe Corp. 2 d/b/a Casematic (DI 50), and (3) Kissmax Design Company Limited d/b/a Casematic all are granted to the extent that plaintiff shall have judgment against each of the foregoing defendants as follows: (a) in the amount of $150,000 in statutory damages together with post judgment interest as set forth in DI 68, (b) jointly severally in the amount of $400 for costs, (c) $75 jointly and severally against Palomo and Kissmax Design Company Limited d/b/a Casematic, (d) $50 against John Doe Corp. 3 d/b/a Teehelen, and (e) $75 against Kissmax Design Company Limited d/b/a Casematic. The motions are denied in all other respects. The Clerk shall enter judgments accordingly.

       2.      Plaintiff shall show cause, on or before April 14, 2021, why this action should not be dismissed for lack of prosecution as against the three remaining defendants.

       SO ORDERED.

Dated:      March 31, 2021

                                                          /s/ Lewis A. Kaplan
                                                       Lewis A. Kaplan
                                                United States District Judge