**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARK WARD,

                Plaintiff,

                                      19 **CIVIL** 11100 (LAK)

      -against-                               **DEFAULT JUDGMENT**

INNOSUB USA, et al.,
                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated March 31, 2021, Plaintiff's motions for default judgment against John Doe Corp. 3 d/b/a Teehelen (DI 48), Vincent Palomo and John Doe Corp. 2 d/b/a Casematic (DI 50), and (3) Kissmax Design Company Limited d/b/a Casematic all are granted to the extent that plaintiff shall have judgment against each of the foregoing defendants as follows: (a) in the amount of $150,000 in statutory damages together with post judgment interest as set forth in DI 68, (b) jointly severally in the amount of $400 for costs, (c) $75 jointly and severally against Palomo and Kissmax Design Company Limited d/b/a Casematic, (d) $50 against John Doe Corp. 3 d/b/a Teehelen, and (e) $75 against Kissmax Design Company Limited d/b/a Casematic. The motions are denied in all other respects.

**DATED**: New York, New York
             March 31, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                         **BY:** _K. Mango_____
                                                              **Deputy Clerk**