**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARK WARD,

                Plaintiff,                19 **CIVIL** 11100 (LAK)

    -against-                    **JUDGMENT**

INNOSUB USA, et al.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated April 14, 2021, Action is dismissed for lack of prosecution as to all remaining defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          April 14, 2021

                                                               RUBY J. KRAJICK

                                                               _____
                                                                    Clerk of Court
                                      BY:
                                                                    Deputy Clerk